```
---------------------------------------------------------------
UNITED STATES DISTRICT COURT                |
SOUTHERN DISTRICT OF NEW YORK               |
                                            |
ELIMEEN CARTER,                             |
                                            |    14 Civ. 4236 (VEC)
                 PLAINTIFF,                 |
                                            |    ECF CASE
     -against-                              |
                                            |    MOTION TO WITHDRAW
CITY OF NEW YORK, NEW YORK CITY             |    LIMITED APPEARANCE OF
HEALTH & HOSPITAL CORPORATION,              |    LIMITED DISCOVERY
DWAIN RODRIGUES, ALFONSO BISONO,            |    COUNSEL
GERARD ARCHER, BOYCE CARTER,                |
ALEXIS SANCHEZ, et al.                      |
                                            |
                 Defendants.                |
---------------------------------------------------------------
```

To the Clerk of this Court and all parties of Record:

Pursuant to Local Civil Rule 1.4, Defendant Dwain Rodrigues ("Mr. Rodrigues"), by and through his counsel Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), respectfully moves for the withdrawal of the appearance of Timothy Q. Li as Limited Discovery Pro Bono Counsel on his behalf. Mr. Rodrigues further requests that the email address timothyli@quinnemanuel.com be removed from the ECF notification list for this case.

Quinn Emanuel has represented Mr. Rodrigues through the pendency of this action and will continue to do so should the action continue. On December 4, 2014, Mr. Li appeared in this action (Docket No. 84). As of October 15, 2015, Mr. Li is no longer associated with Quinn Emanuel and will not continue to represent Mr. Rodrigues in this action. Mr. Li's withdrawal will not affect the posture of this action. Mr. Li has also conferred with Mr. Rodrigues, and Mr.

Rodrigues knows that Quinn Emanuel will continue to represent Mr. Rodrigues through the pendency of the action.

| | |
|---|---|
| Dated: New York, New York<br>November 2, 2015 | QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP<br><br>/s/ Marc L. Greenwald<br><br>Marc L. Greenwald<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br>Email: marcgreenwald@quinnemanuel.com<br><br>*Attorney for Defendant Dwain Rodrigues* |

Entered this \_\_\_\_ day of November, 2015

SO ORDERED

_____

Honorable Valerie E. Caproni
United States District Judge