

Nirav Shah
Manatt, Phelps & Phillips, LLP
Direct Dial: (212) 790-4511
E-mail: NShah@manatt.com

February 22, 2016

**VIA ECF**

Honorable Valerie E. Caproni
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10007

    Re:    Elimeen Carter v. City of New York, et al.,
              Civil Case No.: 14-cv-4236 (VEC)

Dear Judge Caproni:

    Kimo Peluso, Benjamin Wolfert and I represent Plaintiff Elimeen Carter in the above-captioned action. This letter is to inform the Court and counsel that my last day at Manatt, Phelps & Phillips, LLP is February 24, 2016. Accordingly, I request that I be allowed to withdraw as attorney of record for Plaintiff Elimeen Carter and be terminated from the docket effective February 24, 2016. Messrs. Peluso and Wolfert of Manatt, Phelps & Phillips, LLP will continue to serve as counsel for Mr. Carter.

                                  Respectfully submitted,

                                  Nirav S. Shah

NS:ajs

cc:    All Counsel Of Record via ECF

7 Times Square, New York, New York 10036   Telephone: 212.790.4500  Fax: 212.790.4545
Albany | Los Angeles | New York | Orange County | Palo Alto | Sacramento | San Francisco | Washington, D.C.