

Benjamin J. Wolfert
Manatt, Phelps & Phillips, LLP
Direct Dial: (212) 790-4504
E-mail: BWolfert@manatt.com

April 29, 2016            BY ECF

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    <u>Carter v. City of New York, et al.</u>, No. 14-cv-4236

Dear Judge Caproni:

    We write on behalf of Plaintiff Elimeen Carter in response to Ben Hattem's e-mail request to unseal video footage of the attacks on Mr. Carter, dated April 13, 2016 ("Unsealing Request"). (*See* Dkt. # 121.)

    Plaintiff, at this time, takes no position on the Unsealing Request.

    As the Court is aware, Sharon Carter serves as Mr. Carter's limited guardian with respect to settlement of this matter. As the Court is also aware, a proceeding is pending in New Jersey for the appointment of a plenary guardianship over Mr. Carter. Given the pendency of the New Jersey proceeding, and the potential that Mr. Carter could have a plenary guardian in place in the near future, we respectfully request that the Court await adjudication of the Unsealing Request until the conclusion of the New Jersey proceeding, so that any such plenary guardian can have an opportunity to support or oppose Mr. Hattem's Unsealing Request.

    We thank the Court for its consideration.

                                      Respectfully submitted,

                                      Benjamin J. Wolfert

7 Times Square, New York, New York 10036 Telephone: 212.790.4500 Fax: 212.790.4545

Albany | Los Angeles | New York | Orange County | Palo Alto | Sacramento | San Francisco | Washington, D.C.